

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza*
*New York, New York 10278*

May 23, 2024

**BY ECF**
The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

Application granted.

SO ORDERED.

Ronnie Abrams, U.S.D.J.
May 24, 2024

Re:   **United States v. Stone and Moore**, 23 Cr. 409 (RA)

Dear Judge Abrams:

The Government respectfully requests a one-week extension of its deadline to oppose the defense's motions, until May 31. The defense consents and requests that its replies, if any, be due on June 14, to which the Government consents. The Government makes this application due to the press of other matters, including an upcoming trial.

The parties thank the Court for its consideration.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

by:   /s/
      Jun Xiang
      Assistant United States Attorney
      (212) 637-2289

**CC**
Counsel of Record