UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 23-CR-409 (RA) |
| v. | ORDER |
| KYEONE STONE and TRAVIS MOORE, | |
| Defendants. | |

RONNIE ABRAMS, United States District Judge:

The Court will hold an evidentiary hearing on the issues raised in Defendants' motions to suppress. *See* Dkt. Nos. 34, 37. The scope of the hearing will include both Defendants' motion to suppress physical evidence as well as Defendant Stone's motion to suppress identification testimony. No later than July 18, 2024, the parties shall jointly propose various possible dates for the hearing to be held.

SO ORDERED.

Dated:   July 8, 2024
         New York, New York

_____
Hon. Ronnie Abrams
United States District Judge