UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>KYEONE STONE and TRAVIS MOORE,<br><br>Defendants. | No. 23-CR409<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

Counsel for Mr. Stone has made an *ex parte* application for Dr. Elie Aoun to conduct a psychiatric evaluation of Mr. Stone. Mr. Stone's counsel shall consult with the Government and counsel for Mr. Moore about whether such an evaluation would necessitate an adjournment of the evidentiary hearing and/or trial and submit a joint letter stating the parties' positions no later than September 3, 2024.

SO ORDERED.

Dated:   August 29, 2024
         New York, New York

                                                _____
                                                Ronnie Abrams
                                                United States District Judge