UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>KYEONE STONE,<br><br>                 *Defendant.* | 23 Cr. 409 (RA)<br><br>ORDER |

      WHEREAS defendant Kyeone Stone has provided notice under Federal Rule of Criminal Procedure 12.2(b) that he intends to introduce, at trial, expert evidence relating to a mental disease or defect or any other mental condition of the defendant bearing on the issue of guilt;

      WHEREAS the defense has asserted that the defendant presently suffers from ███████████████████████████ relating to this case, but has not asserted that the defendant is incompetent to stand trial; and

      WHEREAS the Government has moved, under Rule 12.2(c)(1)(B), that a psychiatric and psychological examination of the defendant be conducted;

      IT IS HEREBY ORDERED that, pursuant to Rule 12.2(c)(1)(B), a psychiatric and psychological evaluation of the defendant be conducted by conducted by the Bureau of Prisons ("BOP") consistent with the procedures set forth in 18 U.S.C. §§ 4242(a) and 4247(b)–(c); and it is further

      ORDERED that the defendant be transferred to a BOP Forensic Study Center for purposes of this psychiatric and psychological evaluation; and it is further

ORDERED that, pursuant to 18 U.S.C. §§ 4242(a) and 4247(b)–(c), a psychological report be filed with the court within 45 days of the defendant's arrival at the designated institution, unless the Court grants a further extension under 18 U.S.C. § 4247(b) for good cause shown.

Dated: New York, New York
November 27, 2024

_____
THE HONORABLE RONNIE ABRAMS
UNITED STATES DISTRICT JUDGE