UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | 23 Cr. 409 (RA) |
| KYEONE STONE and TRAVIS MOORE, | ORDER |
| Defendants. | |

In light of the Court's November 27, 2024 Order, *see* ECF No. 80, no later than December 24, 2024, the parties shall file joint letter advising the Court of the expected timeline for Mr. Stone's psychiatric and psychological evaluation and, if necessary, proposing a revised schedule for the suppression hearing, trial, and pretrial deadlines.

SO ORDERED.

Dated: December 18, 2024
    New York, New York

_____
THE HONORABLE RONNIE ABRAMS
UNITED STATES DISTRICT JUDGE