UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | 23 Cr. 409 (RA) |
| KYEONE STONE and TRAVIS MOORE, | ORDER |
| Defendants. | |

As discussed during today's conference, trial in this case will begin on September 8, 2025. The Court will hold a final pre-trial conference on September 4, 2025 at 2:30 p.m. The Court adopts the following schedule for pre-trial hearings and motions:

- August 4, 2025: Motions in limine, proposed voir dire, and requests to charge due
- August 11, 2025 at 10:00 a.m.: Suppression hearing
- August 18, 2025: Any oppositions to motions in limine due
- August 22, 2025: Post-hearing briefs on suppression hearing due

In the event that defense counsel's schedule changes such that this case may proceed to trial sooner than September 8, 2025, counsel shall promptly notify the Court.

SO ORDERED.

Dated: January 3, 2025
      New York, New York

_____
THE HONORABLE RONNIE ABRAMS
UNITED STATES DISTRICT JUDGE