UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | 23 Cr. 409 (RA) |
| KYEONE STONE, | ORDER |
| Defendant. | |

On November 27, 2024, the Court ordered that a psychiatric and psychological evaluation of Mr. Stone be conducted by the Bureau of Prisons ("BOP") consistent with the procedures set forth in 18 U.S.C. §§ 4242(a) and 4247(b)(c). *See* ECF No. 80. On February 6, 2025, the Court received a letter from defense counsel explaining that BOP has completed its evaluation and requesting that the Court order BOP to continue to house Mr. Stone at FCI Butner for an additional 30 days, rather than transfer him to the MDC, to enable him to begin his prescribed treatment. Although the Court is sympathetic to Mr. Stone's medical needs—particularly in light of the ongoing problems at the MDC—the Government is correct that there is no basis for the Court to order BOP to house him beyond the evaluation period, as well as that FCI Butner is not a pretrial facility. Accordingly, the application is denied.

Nonetheless, no later than February 12, 2025, the Government is directed to speak to BOP representatives and advise the Court as to whether there is any facility other than the MDC that is available to house Mr. Stone. If not, the Government shall promptly provide the Court with a detailed plan as to how his medical needs will be addressed at the MDC.

SO ORDERED.

Dated:   February 7, 2025
         New York, New York

_____
THE HONORABLE RONNIE ABRAMS
UNITED STATES DISTRICT JUDGE