UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | 23 Cr. 409 (RA) |
| KYEONE STONE, | ORDER |
| Defendant. | |

      Although the Court is sympathetic to the concerns of Mr. Stone's counsel, the Government is correct that the determination as to the site of Mr. Stone's pre-trial detention is within the discretion of the United States Marshals Service.  The Government shall take reasonable measures to ensure that Mr. Stone receives treatment as set forth in the plan detailed by the Bureau of Prisons.  Counsel for Mr. Stone shall promptly notify the Court if circumstances arise that interfere with Mr. Stone's treatment.

SO ORDERED.

Dated: February 12, 2025
       New York, New York

_____
THE HONORABLE RONNIE ABRAMS
UNITED STATES DISTRICT JUDGE