UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>KYEONE STONE,<br><br>Defendant. | No. 23-CR-409<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

On October 4, 2025, Defendant Kyeone Stone moved to consolidate the sentencing in this action, presently scheduled for December 19, 2025, with the sentencing in *United States v. Stone*, 24 Cr. 349 (PAE), currently scheduled for January 15, 2026. The motion is denied. Judge Engelmayer and I will each handle the sentencings in our respective cases.

SO ORDERED.

Dated:   October 10, 2025
         New York, New York

                                                    _____
                                                    Ronnie Abrams
                                                    United States District Judge