UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| UNITED STATES OF AMERICA | ~~[PROPOSED]~~ ORDER |
| v. | 23 Cr. 409 (RA) |
| KYEONE STONE, | |
| *Defendant.* | |

WHEREAS, on or about February 6, 2025, pursuant to 18 U.S.C. § 4242 and an Order of this Court, a Forensic Psychologist (the "Forensic Psychologist") with the Bureau of Prisons issued a Forensic Evaluation Report (the "February 6, 2025 Report") to determine whether defendant KYEONE STONE was suffering from a severe mental disease or defect such that he could not appreciate the nature and quality or the wrongfulness of his actions;

WHEREAS, in the February 6, 2025 Report, the Forensic Psychologist diagnosed the defendant with schizophrenia and benzodiazepine use disorder, but opined that, at the time of that evaluation, the defendant did not have a mental defect and that there was no evidence to suggest the defendant was unable to appreciate the nature and quality of his actions, or the wrongfulness of his actions, at the time of the alleged offense conduct;

WHEREAS, at a plea hearing on or about August 14, 2025, after confirming that neither party had concerns about the defendant's competency, the Court found that the defendant was competent to enter a knowing and voluntary plea of guilty to the charges contained in the Superseding (S2) Information and accepted the defendant's guilty plea;

WHEREAS, on or about November 25, 2025, based on observations of the defendant over the preceding two months, counsel for the defendant raised a question as to the defendant's

competency to proceed to sentencing and asserted that the defendant was no longer able to assist in his own defense;

WHEREAS, the Government does not object to the defense's request for a competency examination and report pursuant to 18 U.S.C. § 4241(b);

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. § 4241(b), a psychiatric and psychological evaluation of the defendant be conducted by the Bureau of Prisons ("BOP") consistent with the procedures set forth in 18 U.S.C. § 4247(b) and (c), to determine if there is reasonable cause to believe that the defendant may presently be suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense; and it is further

ORDERED that the defendant be transferred to a suitable facility for the purposes of this psychiatric and psychological evaluation, which shall commence within 30 days; and it is further

ORDERED that at the conclusion of the examination, the psychologist or psychiatrist will prepare a report of the defendant's mental condition in order to assist the Court and counsel in the determination of whether there is reasonable cause to believe the defendant may presently be suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense; and it is further

ORDERED that the BOP shall, consistent with the requirements of 18 U.S.C. § 4247(b) and (c), report the results of its psychiatric and psychological evaluation to the Court, the

Government (Assistant United States Attorney Jun Xiang), and defense counsel (Kathleen Cassidy).

Dated: New York, New York
      December __3__, 2025

 

_____
THE HONORABLE RONNIE ABRAMS
UNITED STATES DISTRICT JUDGE