UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    v.<br><br>KYEONE STONE,<br><br>                    Defendant. | No. 23-CR-409-01 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

The Court is in receipt of the Forensic Evaluation Report dated February 5, 2026, prepared by Dr. Kelsey Laxton. The parties are directed to propose next steps in this matter.

SO ORDERED.

Dated:    February 27, 2026
          New York, New York

                                            _____
                                            Ronnie Abrams
                                            United States District Judge