## MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.

ELKAN ABRAMOWITZ
RICHARD F. ALBERT
ROBERT J. ANELLO*
KATHLEEN E. CASSIDY
BENJAMIN S. FISCHER
CATHERINE M. FOTI
CHRISTOPHER B. HARWOOD
LAWRENCE IASON
BRIAN A. JACOBS
TELEMACHUS P. KASULIS
KAREN R. KING
THOMAS A. McKAY
ROBERT M. RADICK*
JONATHAN S. SACK**
EDWARD M. SPIRO
JEREMY H. TEMKIN
RICHARD D. WEINBERG
LISA ZORNBERG

565 FIFTH AVENUE
NEW YORK, NEW YORK 10017
(212) 856-9600
FAX: (212) 856-9494

www.maglaw.com
————

WRITER'S CONTACT INFORMATION

kcassidy@maglaw.com
(212) 880-9413

March 24, 2026

COUNSEL
JOSHUA BUSSEN
PIPPA HYDE***
KEFIRA WILDERMAN
——
RETIRED/PARTNER EMERITUS
PAUL R. GRAND
——
ROBERT G. MORVILLO
1938-2011
MICHAEL C. SILBERBERG
1940-2002
JOHN J. TIGUE, JR.
1939-2009

*ALSO ADMITTED IN WASHINGTON, D.C.
**ALSO ADMITTED IN CONNECTICUT
***ALSO ADMITTED IN ENGLAND AND WALES

**VIA ECF**

Hon. Ronnie Abrams
United States Courthouse
40 Foley Square, Room 1506
New York, New York 10007

Mr. Stone's sentencing is scheduled for April 29, 2026 at 2:30 p.m.

SO ORDERED.

_____

Ronnie Abrams, U.S.D.J.
March 25, 2026

Re: *United States v. Kyeone Stone*, 23 Cr. 409 (RA)

Dear Judge Abrams:

　　We are writing pursuant to the Court's February 27, 2026 order, ECF No. 137, to request that this matter be scheduled for sentencing.

　　Based on our recent interactions with Mr. Stone, as well as the results of his recent evaluation (detailed in Dr. Laxton's February 10, 2026 report), our concerns have been resolved, and we presently have no reservations regarding his competency to proceed to sentencing.

　　We have conferred with the government, and the parties agree that sentencing may proceed. Counsel for both parties are available on April 27, 28, and 29. The parties will be prepared to file sentencing submissions in accordance with the Court's standard schedule.

Respectfully submitted,

*/s/ Kathleen E. Cassidy*
Kathleen E. Cassidy
Sloane Lewis
Alexander Dettwyler
*Counsel for Defendant Stone*

cc: All parties (by ECF)