UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>KYEONE STONE,<br><br>             Defendant. | [Proposed] **Order**<br>**23 Cr. 00409 (RA)** |

Upon the application of Kathleen E. Cassidy, Esq., attorney of record for defendant Kyeone Stone, it is hereby

**ORDERED** that the defendant Kyeone Stone, Register Number 67629-510, is permitted to receive non-prison clothing at the MDC to wear for his sentencing on May 6, 2026. He is permitted to receive and wear one button down shirt, one pair of pants, one sweater, one pair of socks, and one pair of shoes without laces.

**SO ORDERED:**

Dated: April 22, 2026
     New York, New York

_____
THE HONORABLE RONNIE ABRAMS
UNITED STATES DISTRICT JUDGE